**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDDIE FRANCIS, JR. | NO. ED CV 17-283-SJO(E) |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Plaintiff, a federal prisoner, filed this action on February 15, 2017. On March 3, 2017, the Court issued an "Order Dismissing Complaint with Leave to Amend." On May 1, 2017, Plaintiff filed a First Amended Complaint.

On May 22, 2017, the Court issued an "Order Dismissing First Amended Complaint with Leave to Amend." On June 22, 2017, Plaintiff filed a Second Amended Complaint.

On June 23, 2017, the Magistrate Judge issued an "Order Directing Service of Process of Second Amended Complaint by the United States

Marshal" authorizing service of the Summons and Second Amended Complaint on Defendants: (1) J. Esquetini, M.D.; (2) Dr. Snell, M.D.; (3) Dr. Wolverton, M.D.; and (4) Dr. Quinn, M.D., in their individual capacities.

Subsequently, four "Process Receipt and Return" (Form 285) forms were filed. Two forms indicated that the Marshals Service was unable to serve Defendants Snell and Quinn and bore the notation "no longer employed there." The forms concerning Defendants Wolverton and Esquitini did not show proper service on those Defendants.

On March 8, 2018, the Magistrate Judge issued an Order to Show Cause, ordering Plaintiff to show cause in writing why the action should not be dismissed for failure to prosecute and failure to effect timely service. On April 13, 2018, Plaintiff filed "Plaintiff Respond [sic] to the Order to Show Cause, etc.," <u>inter alia</u> indicating that Plaintiff had been released from prison, presently resided in Louisiana and wished to pursue this case.

On April 18, 2018, the Magistrate Judge issued an "Order Extending Time for Service," discharging the Order to Show Cause and extending the time to effect proper service of the Summons and Second Amended Complaint to sixty (60) days from the date of the Order. The Magistrate Judge warned Plaintiff that failure to effect timely service (through the Marshals Service or otherwise) might result in dismissal of the action.
///
///

As of the date of this Order, no proofs of service showing proper service of the Summons and Second Amended Complaint on Defendants have been filed. No Defendant has appeared in the action.

Accordingly, within thirty (30) days of the date of this Order, Plaintiff shall show cause, if there be any, why the action should not be dismissed for failure to prosecute and failure to effect timely service. See Fed. R. Civ. P. 4(m). Plaintiff must attempt to show such cause by filing a declaration signed under penalty of perjury. Failure timely to comply with this Order may be deemed consent to the dismissal of this action.

DATED: July 2, 2018.

/s/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE