**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDDIE FRANCIS, JR. | ) NO. ED CV 17-283-SJO(E) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendants. | ) |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: September 20, 2018.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE